DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Gattis<br><br>Case below:<br>166 N.C. App. 1 | No. 524A04 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA03-452)<br><br>2. AG's Motion to Dismiss Appeal | 1. —<br><br><br>2. Allowed 02/03/05 |
|---|---|---|---|
| State v. Hamrick<br><br>Case below:<br>164 N.C. App. 412 | No. 291P04 | Def's Petition for Writ of Certiorari to Review the Decision of the COA (COA03-402) | Denied 02/03/05 |
| State v. Harris<br><br>Case below:<br>165 N.C. App. 905 | No. 462P04 | 1. AG's Motion for Temporary Stay (COA03-916)<br><br><br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **09/02/04** Stay Dissolved **02/03/05**<br><br>2. Denied 02/03/05<br><br>3. Denied 02/03/05 |
| State v. Helton<br><br>Case below:<br>164 N.C. App. 412 | No. 283P04 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA03-824)<br><br>2. AG's Motion to Dismiss Appeal<br><br><br>3. Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed 02/03/05<br><br>3. Denied 02/03/05 |
| State v. Hines<br><br>Case below:<br>166 N.C. App. 761 | No. 563P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1637) | Denied 02/03/05 |
| State v. Hyatt<br><br>Case below:<br>Buncombe County Superior Court | No. 402A00-2 | Def's Petition for Writ of Certiorari to Review the Order of the Superior Court | Denied 02/03/05 |
| State v. Jackson<br><br>Case below:<br>165 N.C. App. 546 | No. 424P04 | Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-357) | Denied 02/03/05 |
| State v. Johnson<br><br>Case below:<br>167 N.C. App. 372 | No. 645P04 | Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA04-282) | Denied 02/03/05 |
| State v. Jones<br><br>Case below:<br>166 N.C. App. 761 | No. 595P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-951) | Denied 02/03/05 |